IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANNA R. BLANKENSHIP AS | : | |
| ADMINISTRATRIX OF THE ESTATE | : | |
| OF ABBAGAYLE GRACE | : | CIVIL ACTION |
| BLANKENSHIP, DECEASED AND | : | |
| DANNA R. BLANKENSHIP IN HER | : | |
| OWN RIGHT, | : | No. 11- 04153 |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| GRACO CHILDREN'S PRODUCTS, | : | |
| INC., et al. | : | |
| Defendants | : | |

ORDER

**AND NOW**, this 6th day of October, 2011, upon consideration of the Defendant's

Motion to Transfer Venue (Doc. #3), and Plaintiff's Response thereto (Doc. #15) it is

**HEREBY ORDERED** that:

1.     Defendant's Motion to Transfer Venue is **GRANTED**;

2.     The Clerk of Court is directed to **TRANSFER** this action to the United

States District Court for the Western District of Virginia, along with a certified

copy of the docket and all papers and the file in this matter;

3.     The Clerk of Court is further directed to mark this case **CLOSED**.


BY THE COURT:


/s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.

1